# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :        Case No. 17-10946
                                              :
**Ralph D. Palm, Jr.,**                       :
      Debtor              :        CHAPTER 13

## CERTIFICATE OF NO ANSWER OR OBJECTION

I, PAUL H. HERBEIN, ESQUIRE, attorney for Debtor, hereby certify that:

1. The Motion of Ralph D. Palm, Jr. to Extend Automatic Stay was served upon the U.S. Trustees Office; Chapter 13 Trustee, Frederick L. Reigle, Esquire's Office;, and all creditors and interested parties;

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Dated:  March 1, 2017                         /s/ Paul H. Herbein, Esquire
                                              PAUL H. HERBEIN, ESQUIRE
                                              Attorney for Debtor
                                              Attorney I.D. #55200
                                              2601 Centre Avenue
                                              Reading, PA  19605
                                              (610) 921-4545