# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                : Case No.  17-10946
                                                                         :
**Ralph D. Palm, Jr.**                                        :
       Debtor                 : CHAPTER 13

## PRAECIPE TO WITHDRAW
## MOTION TO EXTEND AUTOMATIC STAY

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly, withdraw the Motion to Extend Automatic Stay filed in the above-captioned Bankruptcy proceeding.

    Respectfully submitted,

    /s/ Paul H. Herbein, Esquire
    PAUL H. HERBEIN, ESQUIRE
Dated:  March 8, 2017    Attorney for Debtor
    Attorney I.D. #55200
    2601 Centre Avenue
    Reading, PA   19605
    (610) 921-4545