IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
RALPH D. PALM, JR
        Debtor

: CHAPTER 13
:
: BK. No. 17-10946 REF

## ORDER

AND NOW, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: July 25, 2017**

_____
RICHARD E. FEHLING,
Bankruptcy Judge

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

PAUL H. HERBEIN, ESQUIRE
2601 Centre Avenue
Reading, PA 19605

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

RALPH D. PALM, JR
2207 RIVER ROAD
READING, PA 19605-2837