UNITED STATES BANKRUPTCY COURT         **EASTERN** DISTRICT OF PENNSYLVANIA
In RE:  Ralph D. Palm, Jr.                                    Case No:  17-10946


# FIRST AMENDED - CHAPTER 13 PLAN

*(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used, they shall be read as if in the plural.)*

1. The future earnings of the debtor are submitted to the supervision and control of the trustee.  Debtor and/or debtor's employer shall pay to the trustee the sum of **$1,108.50**     *monthly* for a period of: 54 months..  From the payments so received, the Trustee shall make disbursements as follows:

   A.  ADMINISTRATIVE CLAIMS.
       1.  Trustee Commissions (as statutorily allowed.)
       2.  Paul H. Herbein Attorney at Law,   Attorney's fees  $2,000.00

B.  PRIORTY CLAIMS
       NONE.

C.  SECURED CLAIMS

          Santander Bank, 601 Penn Street, Reading, PA  19601
               Pay pre petition arrears through the plan in the amount of   $53,836.17
               Pay post petiton arrears through the plan in the amount of  $  1,303.84

          City of Reading, Portnoff Law  Associates, LTD, P .O. box 3020, Norristown, PA  19404
               Pay claim through plan in the amount of $459.91

D. UNSECURED CREDITORS
          Pay unsecured creditors pro rata.

          TOTAL LENGTH OF PLAN  60


          TOTALAMOUNT OF PLAN:  $ 61,158.99
     *LESS PAYMENTS MADE TO DATE:*         1,300.00

     *TOTAL REMAINING DUE:*            $59,858.99/54 payments=$1,108.50

.

Title to the debtor's property shall revest in the debtor on confirmation of a plan - upon dismissal of the case after confirmation pursuant to 11 *U.S.C./350.*

*Dated: _8/22/2017    _s/  Paul H. Herbein*