UNITED STATES BANKRUPTCY COURT          **EASTERN** DISTRICT OF PENNSYLVANIA
In RE:  Ralph D. Palm, Jr.                              Case No:  17-10946

# FIRST AMENDED - CHAPTER 13 PLAN

*(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used, they shall be read as if in the plural.)*

1. The future earnings of the debtor are submitted to the supervision and control of the trustee.  Debtor and/or debtor's employer shall pay to the trustee the sum of **$1,108.50**    *monthly* for a period of: 54 months.. From the payments so received, the Trustee shall make disbursements as follows:

   A.  ADMINISTRATIVE CLAIMS.
   1.  Trustee Commissions (as statutorily allowed.)
   2.  Paul H. Herbein Attorney at Law,   Attorney's fees $2,000.00

B.  PRIORTY CLAIMS
    NONE.

C.  SECURED CLAIMS

   Santander Bank, 601 Penn Street, Reading, PA  19601
       Pay pre petition arrears through the plan in the amount of   $53,836.17
       Pay post petiton arrears through the plan in the amount of  $ 1,303.84

   City of Reading, Portnoff Law  Associates, LTD, P .O. box 3020, Norristown, PA  19404
       Pay claim through plan in the amount of $459.91

   Bank of America, P.O. box 660933, Dallas, TX  75266
       No payments outside the plan and no payments on arrears inside plan.  Debtor is surrendering his interest.

D. UNSECURED CREDITORS
       Pay unsecured creditors pro rata.

   TOTAL LENGTH OF PLAN  60


   TOTALAMOUNT OF PLAN:  $ 62,950.73
   LESS PAYMENTS MADE TO DATE:          1,7020.00

   TOTAL REMAINING DUE:         $61,248.73/54 payments=$1,134.24


.

Title to the debtor's property shall revest in the debtor on confirmation of a plan - upon dismissal of the case after confirmation pursuant to 11 *U.S.C./350.*

*Dated: _9/13/2017    _s/  Paul H. Herbein*