## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ralph D. Palm, Jr.<br>Debtor<br><br>BANK OF AMERICA, N.A.<br>Movant<br>vs.<br><br>Ralph D. Palm, Jr.<br>Debtor | CHAPTER 13<br><br>NO. 17-10946 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Chapter 13 Plan of BANK OF AMERICA, N.A., which was filed with the Court on or about May 26, 2017 (Document No. 16).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Matteo S. Weiner, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

September 19, 2017