# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
**RALPH D. PALM, JR**  
        Debtor

: **CHAPTER 13**  
:  
: **BK. No. 17-10946 REF**

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, Motion of **SANTANDER BANK, N.A.** (Movant), and after Notice of Default and the filing of a Certification of Default, it is

**ORDERED AND DECREED:** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **2207 RIVER ROAD, READING, PA 19605-2837**(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

By the Court:

**Date: November 27, 2017**

_R NME F[signature]_  
_____  
RICHARD E. FEHLING, BANKRUPTCY JUDGE

FREDERICK L. REIGLE  
CHAPTER 13 TRUSTEE  
2901 ST. LAWRENCE AVENUE  
P.O. BOX 4010  
READING, PA 19606

PAUL H. HERBEIN  
PAUL H. HERBEIN, ATTORNEY AT LAW, P.C.  
2601 CENTRE AVENUE  
READING, PA 19603

UNITED STATES TRUSTEE  
OFFICE OF THE U.S. TRUSTEE  
833 CHESTNUT STREET  
SUITE 500  
PHILADELPHIA, PA 19107

RALPH D. PALM, JR  
2207 RIVER ROAD  
READING, PA 19605