UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

RALPH D. PALM, JR.
                                                                : Bankruptcy No. 17-10946REF
            Debtor(s)                                           : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 21, 2017**

Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

PAUL H HERBEIN ESQ
2601 CENTRE AVENUE
READING PA 19605-

RALPH D. PALM, JR.
2207 RIVER ROAD
READING,PA.19605