United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ralph D. Palm, Jr.
    Debtor

Case No. 17-10946-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 2    Date Rcvd: Dec 21, 2017
                      Form ID: pdf900    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.

```
db            +Ralph D. Palm, Jr.,    2207 River Road,    Reading, PA 19605-2837
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13864415      +Bank of America Home Loans,    P.O. box 31785,    Tampa, FL 33631-3785
13946573       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
13870348      +Bank of America, N.A.,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
13864416      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13864417     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                Richmond, VA 23238)
13864418      +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
13934615      +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
13864421      +Santander Bank Na,    1130 Berkshire Blvd,    Wyomissing, PA 19610-1242
13904002      +Santander Bank, N.A.,    601 Penn Street, MC 10-6438-FB7,    Reading PA 19601-3563
13870054      +Santander Bank, N.A., et. al.,    Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Blvd.,
                Suite 1400,    Philadelphia, PA 19103-1814
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           +E-mail/Text: robertsl2@dnb.com Dec 22 2017 01:35:23      Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:34:55
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2017 01:35:28      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13864419      +E-mail/Text: Bankruptcies@nragroup.com Dec 22 2017 01:36:04      Natl Recover,
                2491 Paxton Street,    Harrisburg, PA 17111-1036
13967479       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2017 01:53:51
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13877419      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2017 01:53:51
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13864420      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2017 01:42:01
                Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13877634      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 01:31:40      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13936142      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2017 01:42:51      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
cr*           +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                       Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Dec 21, 2017
                              Form ID: pdf900         Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor   City of Reading jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor   Santander Bank, NA paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   Santander Bank, NA paeb@fedphe.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com
              PAUL H. HERBEIN    on behalf of Debtor Ralph D. Palm, Jr. PHERBEIN@AOL.COM, herbeinlaw@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   Santander Bank, N.A., et. al. pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

RALPH D. PALM, JR.
                                                      : Bankruptcy No. 17-10946REF
         Debtor(s)                                    : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                      BY THE COURT

**Date: December 21, 2017**

                                                      Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

PAUL H HERBEIN ESQ
2601 CENTRE AVENUE
READING PA 19605-

RALPH D. PALM, JR.
2207 RIVER ROAD
READING,PA.19605